IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>WORLD SWEEPING, INC.,<br><br>    Defendant(s). / | No. C 04-5084 VRW (MEJ)<br><br>**NOTICE OF REFERENCE** |

On January 6, 2006, the Honorable Chief Judge Vaughn R. Walker referred this matter for a report and recommendation to determine the amount, if any, that defendant owes plaintiffs for fringe benefit contributions, liquidated damages and interest. (Doc #30). Accordingly, the Court shall conduct a hearing on March 2, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs shall file a motion in compliance with Civil Local Rule 7 no later than January 26, 2006. Defendant shall file any opposition by February 9, 2006 and any reply shall be filed by February 19, 2006.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge